[No. 16543-1-II.     Division Two.     June 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v.
CHRISTAPHER HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-1-00401-0, Leonard W. Kruse, J., entered October 1, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, C.J., and Alexander, J.

[No. 16867-7-II.     Division Two.     June 27, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. KATHERINE KAY ANDRESS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-03536-9, Rosanne Buckner, J., entered February 11, 1993. *Reversed* by unpublished per curiam opinion.

[No. 15643-1-II.     Division Two.     June 27, 1994.]

SANDRA L. WATTERS, *Appellant*, v. ABERDEEN RECREATION, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 90-2-00913-7, David E. Foscue, J., entered December 30, 1991. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Seinfeld and Houghton, JJ. Now published at 75 Wn. App. 710.

[No. 15940-6-II.     Division Two.     June 28, 1994.]

KENNETH W. DAVIS, *Appellant*, v. KITSAP COUNTY PROSECUTING ATTORNEY, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-2-00172-3, Leonard W. Kruse, J., entered April 21, 1992. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Houghton, J.